*Newton, Petitioner, v. State, Respondent*, No. 93008-2. Petition for review of a decision of the Court of Appeals, No. 47066-7-II, March 15, 2016, 192 Wn. App. 931. *Denied* August 31, 2016.

*State, Respondent, v. Haji-Somo, Petitioner*, No. 93009-1. Petition for review of a decision of the Court of Appeals, No. 72607-2-I, March 7, 2016, 192 Wn. App. 1060. *Denied* August 31, 2016.

*State, Respondent, v. Tarrer, Petitioner*, No. 93011-2. Petition for review of a decision of the Court of Appeals, No. 45998-1-II, February 9, 2016, 192 Wn. App. 1035. *Denied* August 31, 2016.

*Anderson et al., Respondents, v. Brown et al., Petitioners*, No. 93013-9. Petition for review of a decision of the Court of Appeals, No. 47126-4-II, March 15, 2016, 192 Wn. App. 1076. *Denied* August 31, 2016.

*State, Respondent, v. Bumanglag, Petitioner*, No. 93017-1. Petition for review of a decision of the Court of Appeals, No. 73035-5-I, February 29, 2016, 192 Wn. App. 1052. *Denied* August 31, 2016.

*Ahmed, Petitioner, v. Glacier Fish Co., Respondent*, No. 93019-8. Petition for review of a decision of the Court of Appeals, No. 73032-1-I, March 7, 2016, 192 Wn. App. 1061. *Denied* August 31, 2016.

*State, Respondent, v. Corbett, Petitioner*, No. 93023-6. Petition for review of a decision of the Court of Appeals, No. 72453-3-I, February 29, 2016, 192 Wn. App. 1050. *Denied* August 31, 2016.

*Kitsap County et al., Petitioners, v. Kitsap County Corr. Officers Guild et al., Respondents*, No. 93033-3. Petition for review of a decision of the Court of Appeals, No. 73637-0-I, March 21, 2016, 193 Wn. App. 40. *Denied* August 31, 2016.